FILED'07 JUN 27 14:28USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID WHIPPLE,

       Petitioner,          Civil No. 06-1742-CL

      v.                           ORDER

JEAN HILL,

       Respondent.

PANNER, District Judge.

    Petitioner's unopposed Motion for Voluntary Dismissal of Petition for Writ of Habeas Corpus (#18) is allowed. The Petition (#2) is denied. This proceeding is Dismissed.

    IT IS SO ORDERED

    DATED this 27 day of June, 2007.

                                    Owen Panner
                                    United States District Judge

1 - ORDER